NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CTD NETWORKS, LLC,**
*Plaintiff-Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Defendant-Appellee*

---

2023-2429

---

Appeal from the United States District Court for the Western District of Texas in No. 6:22-cv-01049-XR, Judge Xavier Rodriguez.

---

**ON MOTION**

---

Before LOURIE, DYK, and REYNA, *Circuit Judges.*

DYK, *Circuit Judge.*

## O R D E R

This appeal arises out of the district court's final judgment dismissing CTD Networks, LLC's infringement claims against Microsoft Corporation. CTD now moves to withdraw William P. Ramey of Ramey LLP and to substitute Erik N. Lund of Whitestone Law as counsel in this

appeal. ECF No. 23. The parties separately submit a "stipulated agreement for voluntary dismissal" pursuant to Federal Rule of Appellate Procedure 42(b) with each side to bear its own costs and attorney fees for this appeal. ECF No. 25. Ramey LLP, as "[f]ormer [c]ounsel for Appellant," moves to "maintain this appeal on the Court's docket." ECF No. 26 at 4. Microsoft opposes.

We grant the motion to withdraw and dismiss. While Ramey LLP opposes dismissal to protect its own interests against potential liability that could arise out of a sanctions motion pending before the district court, we have been shown no basis for allowing Ramey LLP to appeal when it is not a party and has not been sanctioned or otherwise the direct subject of a court order. *See Nisus Corp. v. Perma-Chink Sys., Inc.*, 497 F.3d 1316, 1319 (Fed. Cir. 2007); *United States v. Carter*, 995 F.3d 1214, 1218 (10th Cir. 2021) (noting that "attorneys have standing to appeal only when . . . they are specific objects of the challenged order" (cleaned up)).

Accordingly,

IT IS ORDERED THAT:

(1) The motion to withdraw and substitute counsel, ECF No. 23, is granted. Mr. Lund's amended entry of appearance, ECF No. 24, is accepted for filing.

(2) The appeal is dismissed, and all remaining motions are denied.

CTD NETWORKS, LLC v. MICROSOFT CORPORATION                    3

(3)  Each side shall bear its own costs.

FOR THE COURT



May 24, 2024                                    Jarrett B. Perlow
Date                                           Clerk of Court